712 F.2d 218
 William M. YANDELL, Jr., Plaintiff-Appellant,
v.
UNITED STATES of America By and Through the DEPARTMENT OF
THE INTERIOR, U.S. Fish and Wildlife Service,
Defendant-Appellee.
 No. 83-4017
 Summary Calendar.
United States Court of Appeals,
Fifth Circuit.
 Aug. 19, 1983.
 
 Merkel & Cocke, Charles M. Merkel, Clarksdale, Miss., for plaintiff-appellant.
 Glen H. Davidson, U.S. Atty., Thomas W. Dawson, Asst. U.S. Atty., Oxford, Miss., for defendant-appellee.
 Appeal from the United States District Court for the Northern District of Mississippi.
 Before GEE, POLITZ and JOHNSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 For the reasons stated in the opinion of the trial court, 550 F.Supp. 572, which we adopt as our own, the judgment appealed from is
 
 
 2
 AFFIRMED.